B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>VERDUGO, LLC,<br>a Limited Liability Company | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>NONE | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)  37-1751520 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State)<br>19100 Von Karman Avenue<br>Suite 900<br>Irvine, CA    ZIPCODE 92612 | Street Address of Joint Debtor (No. & Street, City, and State)<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business    Orange | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address)<br>SAME    ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above)   3600 North Verdugo Boulevard, Glendale, CA | ZIPCODE 91208 |

**Type of Debtor** (Form of organization) (Check one box)
- [ ] Individual (includes Joint Debtors)
      See Exhibit D on page 2 of this form.
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [X] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

**Estimated Number of Creditors**
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

| B1 (Official Form 1) (4/13) | FORM B1, Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>*VERDUGO, LLC,*<br>*a Limited Liability Company* |

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number. | Date Filed |
| Location Where Filed. | Case Number | Date Filed |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor<br>*NONE* | Case Number: | Date Filed |
| District | Relationship: | Judge |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter I further certify that I have delivered to the debtor the notice required by 11 U S.C. §342(b)<br>X _____ 2/12/2015<br>Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor If a joint petition is filed, each spouse must complete and attach a separate Exhibit D)

  ☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.
If this is a joint petition
  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U S C § 362(l))

B1 (Official Form 1) (4/13)  FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>VERDUGO, LLC,<br>a Limited Liability Company |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X *[signed]*
Signature of Attorney for Debtor(s)

**Todd C. Ringstad 97345**
Printed Name of Attorney for Debtor(s)

**Ringstad & Sanders LLP**
Firm Name

**2030 Main Street**
Address

**Suite 1600**

**Irvine, CA 92614**

**949 851-7450**
Telephone Number

**2/12/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11 United States Code, specified in this petition
**VERDUGO, LLC**
By:   American Spectrum Dunham Properties, LLC
      Its Sole Member
  By:   American Spectrum Realty Operating Partnership, L.P.,
        Its Sole Member
    By:   American Spectrum Realty, Inc.
          Its General Partner
      By: *[signed]*
          James Hurn, Vice President
          GENERAL COUNSEL

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad, SBN 97345   Email: todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>2030 Main Street, Suite 1600   Telephone: 949 851-6926<br>Irvine, CA 92614   Fax: 949 851-6926<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: VERDUGO, LLC. | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s) | ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists     Date Filed: February 12, 2015
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____    Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

VERDUGO, LLC
By:   American Spectrum Dunham Properties, LLC          February 12, 2015
      Its Sole Member                                    Date
      By:   American Spectrum Realty Operating Partnership, L.P.,
            Its Sole Member
            By:   American Spectrum Realty, Inc.
                  Its General Partner
                  By: _____
                  James Hurn, Vice President & General Counsel

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          February 12, 2014
Signature of Attorney for Filing Party       Date

Todd C. Ringstad
Printed Name of Attorney for Filing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# Santa Ana DIVISION

In re  VERDUGO, LLC
    a California Corporation

Case No.
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles Ca 90054-0018 | Phone: 888-807-2111<br>Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles Ca 90054-0018 | Property Tax | | $ 166,133.42 |
| 2<br>City of Glendale/Finance<br>141 N. Glendale Rm 346<br>Glendale CA 91206 | Phone: 818 548-3300<br>City of Glendale/Finance<br>141 N. Glendale Avenue<br>Room 346<br>Glendale CA  91206 | Utilities/Electric | | $ 23,697.99 |
| 3<br>Kohl Building Maintenance<br>9538 Topanga Canyon Blvd<br>Chatsworth CA 91311 | Phone: 818 882-2600<br>Kohl Building Maintenance<br>Attn: Accts Receivable<br>9538 Topanga Canyon Blvd.<br>Chatsworth CA  91311 | Trade Debt | | $ 7,664.62 |
| 4<br>Rancho Janitorial Supplies<br>416 N. 9th Street<br>Modesto CA 95350 | Phone: 909 822-5449<br>Rancho Janitorial Supplies<br>Attn: C. Torres<br>416 N. 9th Street<br>Modesto CA  95350 | Trade Debt | | $ 1,197.73 |
| 5<br>David J. Oden<br><br>19100 Von Karman# 900<br>Irvine CA  92612 | Phone: 949 825-6401<br>David J. Oden<br>19100 Von Karman Avenue<br>Suite 900<br>Irvine CA  92612 | Property Manager | | $ 1,046.70 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Joe Reyes Landscape<br><br>PO Box 70383<br>Pasadena CA   91117 | Phone: 818 262-7499<br>Joe Reyes Landscape<br>Attn: Account Receivable<br>P.O. Box 70383<br>Pasadena CA   91117 | Trade Debt | | $ 778.26 |
| 7<br>LAw Offices of Kevin R. Michaels<br>888 W. Sam Houston Pkwy South<br>Houston TX 77042 | Phone: 281 496-9889<br>LAw Offices of Kevin R. Michaels<br>888 W. Sam Houston Pkwy South<br>Houston TX 77042 | Legal Fees | | $ 313.50 |
| 8<br>DBA JR Builders Hardware<br>2507 Honolulu Ave<br>Montrose CA 91020 | Phone: 818 249-6489<br>DBA JR Builders Hardware<br>Attn: Anthony Brucato<br>2507 Honolulu Avenue<br>Montrose CA   91020 | Trade Debt | | $ 301.92 |
| 9<br>Curcio Enterprises Inc.<br>8977 Glenoaks Blvd<br>Sun Valley CA 91352 | Phone: 818 771-1900<br>Curcio Enterprises Inc.<br>Attn:   Tina<br>8977 Glenoaks Blvd.<br>Sun Valley CA   91352 | Trade Debt | | $ 278.00 |
| 10<br>Universal Protection Services LP<br>PO Box 101034<br>Pasadena CA 91189 | Phone: 714 619-9700<br>Universal Protection<br>Attn: Mitch<br>P.O. Box 101034<br>Pasadena CA   91189 | Trade Debt | | $ 260.00 |
| 11<br>Arakelian Enterprises Inc.<br><br>14048 Valley Blvd.<br>City of Industry CA   91716 | Phone: 818 262-5931<br>Arakelian Enterprises Inc.<br>Attn: Accounts Receivable<br>14048 Valley Blvd.<br>City of Industry CA   91716 | Trash/Disposal | | $ 217.78 |
| 12<br>DFS Flooring Inc.<br>15651 Saticoy Street<br>Van Nuys CA 91406 | Phone: 714 493-9866<br>DFS Flooring Inc.<br>Attn: Jackie<br>15651 Saticoy Street<br>Van Nuys CA   91406 | Trade Debt | | $ 135.00 |

B4 (Official Form 4) (12/07)

_____ .
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Harvard Business Services<br>16192 Coastal Highway<br>Lewes DE 19958 | Phone: 302 645-7400<br>Harvard Business Services<br>Attn: Accounts Receivable<br>16192 Coastal Highway<br>Lewes DE 19958 | Trade Debt | | $ 50.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *James Hurn* _____, *Vice President* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 2/12/2015

VERDUGO, LLC
By:   American Spectrum Dunham Properties, LLC
      Its Sole Member
By:   American Spectrum Realty Operating Partnership, L.P.,
      Its Sole Member
By:   American Spectrum Realty, Inc.
      Its General Partner
By: _____ *GENERAL COUNSEL*
      James Hurn, Vice President

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Todd C. Ringstad_

Address _2030 Main Street Suite 1600 Irvine, CA 92614_

Telephone _949 851-7450_

[X] Attorney for Debtor(s)
[ ] Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>In re   VERDUGO, LLC | Case No. |
| | Chapter 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _2/12/2015_

Attorney: Todd C. Ringstad

VERDUGO, LLC
By:   American Spectrum Dunham Properties, LLC
      Its Sole Member
   By:   American Spectrum Realty Operating Partnership, L.P.,
         Its Sole Member
      By:   American Spectrum Realty, Inc.
            Its General Partner
         By:_____
            James Hurn, Vice President *GENERAL
                                       COUNSEL*

Todd C Ringstad
2030 Main Street
Suite 1600
Irvine CA 92614


VERDUGO LLC
19100 Von Karman Avenue
Suite 900
Irvine CA 92612

Arakelian Enterprises Inc
dba Athens Services
14048 Valley Blvd
City of Industry  CA  91716


AT&T
P O  Box 5025
Carol Stream  IL  60197-2355


Bank of Southern California
12265 El Camino Real
Suite 100
San Diego  CA  92130


City of Glendale/Finance
141 N  Glendale Ave
Rm 346
Glendale  CA  91206


Curcio Enterprises Inc
8977 Glenoaks Blvd
Sun Valley  CA  91352


D&A Semi-Annual Mortgage Fund III
c/o Durham Mortgage Funds
10251 Vista Sorrento Pkwy #200
San Diego  CA  92121


DBA JR Builders Hardware
2507 Honolulu Ave
Montrose  CA  91020


DFS Flooring Inc
15651 Saticoy Street
Van Nuys  CA  91406


Franchise Tax Board
Bankruptcy Section MS A-340
P O  Box 2952
Sacramento  CA  95812-2952

Harvard Business Services
16192 Coastal Highway
Lewes DE 19958


Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346


Joe Reyes Landscape
Green Landscaping Inc
PO Box 70383
Pasadena CA 91117


Kohl Building Maintenance
9538 Topanga Canyon Blvd
Chatsworth CA 91311


LAw Offices of Kevin R Michaels
888 W Sam Houston Pkwy South
Suite 226
Houston TX 77042


Los Angeles County Tax Collector
PO Box 54018
Los Angeles Ca 90054-0018


David J Oden
19100 Von Karman# 900
Irvine CA 92612


Rancho Janitorial Supplies
416 N 9th Street
Modesto CA 95350


Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles CA 90036

United State Trustee
411 West Fourth Street
Suite 9041
Santa Ana  CA  92701-4593


Universal Protection Services LP
PO Box 101034
Pasadena  CA  91189